Tino Perez, SBN 221027
725 Washington Street, Suite 314
Oakland CA 94607
Telephone:  (510) 725-2558
Facsimile:   (510) 835-1465

Attorney for Jorge Ibarra-Jimenez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JORGE IBARRA-JIMENEZ<br><br>                              Defendant. | CASE NO.  1:22-CR-00191-JLT<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE; ORDER<br><br>DATE:   October 17, 2022<br>TIME:    2:00 p.m. |

**STIPULATION**

   The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for status conference on October 17, 2022 at 2:00 p.m. before U.S. Magistrate Judge Oberto.

   2. Defense counsel has requested a continuance of the status conference to obtain further discovery and for additional case investigation.  The government does not object to the request for continuance.

   3. By this stipulation, the parties now move to continue the status conference to **November 7, 2022, at 2:00 p.m.** before the duty magistrate judge, in order to allow defense the

1

additional time requested for case assessment and preparation.

IT IS SO STIPULATED.

DATED: October 13, 2022

/s/Tino Perez
TINO PEREZ
Counsel for Defendant
JORGE IBARRA-JIMENEZ

DATED: October 13, 2022

/s/ David Gappa
DAVID GAPPA
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

DATED: 10/17/2022   *Sheila K. Oberto*
SHIELA OBERTO
UNITED STATES MAGISTRATE JUDGE

2