Tino Perez, SBN 221027
725 Washington Street, Suite 314
Oakland CA 94607
Telephone:  (510) 725-2558
Facsimile:   (510) 835-1465

Attorney for Jorge Ibarra-Jimenez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JORGE IBARRA-JIMENEZ<br><br>                              Defendant. | CASE NO.  1:22-CR-00191-JLT<br><br>STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER<br><br>DATE:  February 13, 2023<br>TIME:   10:00am |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on February 13, 2023 at 10:00 a.m. before U.S. District Court Judge Jennifer L. Thurston.

2.  Defense counsel has requested a continuance of the sentencing to get some Defense Sentencing letters translated from Spanish to English, so the Court can read and review those letters prior to making a determination on an appropriate sentence.  The government does not object to the request for continuance.

3.  By this stipulation, the parties now move to continue the sentencing to **March 1,**

1

**2023 at 1:30 p.m.**, in order to allow the Defense the additional time to have sentencing letters addressed to the Court, to be translated from Spanish to English.

IT IS SO STIPULATED.

DATED: February 13, 2023

                                        /s/Tino Perez
                                        TINO PEREZ
                                        Counsel for Defendant
                                        JORGE IBARRA-JIMENEZ

DATED: February 13, 2023

                                        /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant United States Attorney

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **February 14, 2023**

_____
UNITED STATES DISTRICT JUDGE

2