IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JORGE IBARRA-JIMENEZ,<br><br>               Defendant. | Case No.: 1:22-CR-00191-001<br><br>ORDER OF RELEASE |

    The above-named defendant having been sentenced on March 1, 2023, to 5 months (TIME SERVED),

    IT IS HEREBY ORDERED that the defendant shall be released forthwith.

    A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

    Dated: **March 1, 2023**

                                                UNITED STATES DISTRICT JUDGE